UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| DOMINIC THOMAS, | Civil No. 17-4602 (JRT/TNL) |
| Petitioner, | |
| v. | **ORDER ADOPTING REPORT AND RECOMMENDATION** |
| M. RIOS, | |
| Respondent. | |

_____

Dominic Thomas, 18773-076, Federal Prison Camp, P.O. Box 1000, Duluth, MN 55814, for petitioner,

Ana Voss, Ann Bildtsen, Erin Secord, Assistant United States Attorney, **UNITED STATES ATTORNEY'S OFFICE**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for respondent.

Based upon the Report and Recommendation by United States Magistrate Judge Tony N. Leung dated December 6, 2017 (Docket No. 8), along with all the files and records, and no objections to said Recommendation having been filed, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  December 27, 2017        s/John R. Tunheim
at Minneapolis, Minnesota        JOHN R. TUNHEIM
                                 Chief Judge
                                 United States District Court